JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| WALTER HERRERA, | Case No. 2:24−cv−08744−AB−MAA |
|---|---|
| Plaintiff, | **ORDER DISMISSING CIVIL ACTION WITH PREJUDICE PURSUANT TO RULE 41(a)(1)(A)(ii)** |
| v. | |
| BALENCIAGA AMERICA, INC., et al., | |
| Defendant. | |

The Court has reviewed the parties' stipulation to dismiss this action pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and finds good cause therein.

The Court therefore **ORDERS** that this action is hereby **DISMISSED** with prejudice. Each side shall bear its own fees and costs incurred in this matter.

Dated: March 31, 2025

ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1.